ACCEPTED
04-15-00656-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/8/2015 4:14:55 PM
KEITH HOTTLE
CLERK

CAUSE NO. 04-15-00656-CR

IN THE FOURTH COURT OF APPEALS

THE STATE OF TEXAS,
*APPELLANT,*

v.

GWEN JENNINGS,
*APPELLEE.*

From the County Court-At-Law of Kerr County, Texas; Trial Court No. CR14-1129;
The Honorable Judge Susan Harris Presiding

**MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

NOW COMES Appellant THE STATE OF TEXAS and files its Motion to Extend Time to File Appellant's Brief.

1.    The deadline for Appellant to file its Brief is December 14, 2015.

2.    Appellant respectfully requests a 30 day extension to file its Brief.

3.    This attorney was not served with a copy of the Findings of Fact and Conclusions of Law filed by Judge Susan Harris on December 3, 2015.

4.    This Motion is not filed for purpose of delay but so that justice may be done.

THEREFORE, Appellant respectfully requests this Court grant its Motion and grant Appellant an extension of 30 days to file its Appellant's Brief.

Respectfully Submitted,

HEATHER STEBBINS
Texas Bar No. 24046603
Kerr County Attorney
700 Main Street
Kerrville, TX 78028
(830) 792-2220 (p)
(830) 792-2228 (f)
*Attorney for State of Texas*

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of December, 2015, a true and correct copy of Appellant's MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF was served upon the following by the following method:

Harold J. Danford                    *via U.S. First Class Mail*
Attorney for Gwen Jennings
813 Barnett St.
Kerrville, TX 78028

HEATHER STEBBINS